JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE McCREA, aka TERRANCE McCREA, <br><br> Petitioner, <br><br> vs. <br><br> JOHN MARSHALL, WARDEN, <br><br> Respondent. | Case No. CV 09-6026-JFW(RC) <br><br><br><br><br> JUDGMENT |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: August 20, 2009

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

R&R-MDO\09-6026.jud
8/19/09